UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BARBOZA,

        Plaintiff,                              No. CIV S-08-0519 FCD GGH

     v.

CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS, et. al.,      **RELATED CASE ORDER**

        Defendants.
_____/

DAVID BARBOZA,

        Plaintiff,                              No. CIV S-08-2569 LKK GGH

     v.

CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS, et. al.

        Defendants.
_____/

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same parties and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1 The parties should be aware that relating the cases under Local Rule 83-123 merely has
2 the result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected. Under the regular practice of this court, related cases are generally assigned to the
4 judge and magistrate judge to whom the first filed action was assigned.

5 IT IS THEREFORE ORDERED that the action denominated, CIV S-08-2569 LKK GGH
6 is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently
7 set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents
8 filed in the reassigned case shall be shown as: CIV S-08-2569 FCD GGH..

9 IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint
10 Status Report for the undersigned.

11 IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
12 assignment of civil cases to compensate for this reassignment.

13 IT IS SO ORDERED.

14 DATED: February 17, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE