IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BARBOZA,

    Plaintiff,

 vs.                                 No. 2:08-cv-0519 KJM GGH

CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS, et al.,

    Defendants.               ORDER

/

         Presently scheduled on this court's law and motion calendar for July 26, 2012, is plaintiff's motion to compel production of documents and supplement prior document production. This motion was filed on May 30, 2012, after the court ordered discovery deadline of December 5, 2011, and therefore must be vacated as the undersigned has no authority to diverge from the scheduling orders of the district court. See Minute Order, filed October 17, 2011. (Dkt. no. 52.)

/////

/////

/////

/////

1

1  Accordingly, IT IS ORDERED that plaintiff's motion for discovery (docket no.
2  94), filed May 30, 2012, is vacated from the July 26, 2012 calendar.
3  DATED: July 12, 2012

   /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

GGH:076:Barboza0519.vac.wpd