UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARBOZA, | No. 2:08-CV-0519 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, a California corporation, et al., | |
| Defendants, | |

On December 2, 2014, this case was remanded to the district court for further proceedings, and on February 2, 2015, a status conference was set for March 5, 2015. On March 5, 2015, Geoffrey White and Michelle Roberts appeared for plaintiff; Brendan Begley appeared for defendants.

Having reviewed the parties' Joint Status Report filed on February 26, 2015, and discussed a schedule for the case with counsel, this case will proceed on cross-motions for summary judgment.

/////

/////

/////

1

1         The hearing on dispositive cross-motions is set for **July 24, 2015**. To the extent the parties intend to rely on documents, witnesses, or testimony extraneous to the current record, the parties shall file a stipulation with the court within seven days to provide a basis for relying on such information for use in the cross-motions.

        The parties are directed to notify the court prior to the filing of summary judgment briefing if they request referral to a court-convened settlement conference.

        IT IS SO ORDERED.

DATED: March 12, 2015

_____
UNITED STATES DISTRICT JUDGE